The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

Taylor G. Maples,
    Plaintiff,
v.
Martin B. Sanchez,
Flash Friday Dependable Carriers,
    Defendant.

No. CJ-2021-5282
(Civil relief more than $10,000: NEGLIGENCE (GENERAL))

Filed: 12/09/2021

Judge: Ogden, Richard

## PARTIES

Flash Friday Dependable Carriers, Defendant
Maples, Taylor G., Plaintiff
Sanchez, Martin B., Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| Alfonso, Anthony M (Bar #32722)<br>PO BOX 892098<br>OKC, OK 73189 | Maples, Taylor G. |
| CAIN, MONTY L (Bar #15891)<br>P. O. BOX 892098<br>OKC, OK 73189 | Maples, Taylor G. |
| Harrison, Rilee (Bar #33742)<br>Po Box 892098<br>Oklahoma City, OK 73189 | Maples, Taylor G.<br>Maples, Taylor G. |
| Harrison, Rilee D (Bar #33742)<br>PO BOX 892098<br>OKLAHOMA CITY, OK 73189 | Maples, Taylor G.<br>Maples, Taylor G. |

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**      Issue: NEGLIGENCE (GENERAL) (NEGL)
                    Filed By: Maples, Taylor G.
                    Filed Date: 12/09/2021

| Party Name | Disposition Information |
|---|---|
| | Pending. |

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 12-09-2021 | [ TEXT ] | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | #1 | |
| 12-09-2021 | [ NEGL ] | NEGLIGENCE (GENERAL) | | | |
| 12-09-2021 | [ DMFE ] | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 12-09-2021 | [ PFE1 ] | PETITION | | | 163.00 |

EXHIBIT 2

| Date | Code | Description | Amount |
|---|---|---|---|
| 2-09-2021 | [ PFE7 ] | LAW LIBRARY FEE | $ 6.0 |
| 2-09-2021 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | $ 25.0 |
| 2-09-2021 | [ OCJC ] | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $ 1.5 |
| 2-09-2021 | [ OCASA ] | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | $ 5.0 |
| 2-09-2021 | [ SSFCHSCPC ] | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 10.0 |
| 2-09-2021 | [ CCADMINCSF ] | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.0 |
| 2-09-2021 | [ CCADMIN0155 ] | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | $ 0.1 |
| 2-09-2021 | [ SJFIS ] | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | $ 0.4 |
| 2-09-2021 | [ DCADMIN155 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | $ 0.2 |
| 2-09-2021 | [ DCADMIN05 ] | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | $ 0.7 |
| 2-09-2021 | [ DCADMINCSF ] | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | $ 1.5 |
| 2-09-2021 | [ CCRMPF ] | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | $ 10.0 |
| 2-09-2021 | [ CCADMIN04 ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | $ 0.5 |
| 2-09-2021 | [ LTF ] | LENGTHY TRIAL FUND | $ 10.0 |
| 2-09-2021 | [ SMF ] | SUMMONS FEE (CLERKS FEE)X2 | $ 20.0 |

2-09-2021 [ EAA ]
ENTRY OF APPEARANCE BY RILEE D HARRISON FOR PLAINTIFF
Document Available (#1051224271) TIFF  PDF

2-09-2021 [ P ]
PETITION
Document Available (#1051237012) TIFF  PDF

2-09-2021 [ TEXT ]
OCIS HAS AUTOMATICALLY ASSIGNED JUDGE OGDEN, RICHARD TO THIS CASE.

2-09-2021 [ ACCOUNT ]
RECEIPT # 2021-5110541 ON 12/09/2021.
PAYOR: MONTY L CAIN, PC TOTAL AMOUNT PAID: $ 262.14.
LINE ITEMS:
CJ-2021-5282: $183.00 ON AC01 CLERK FEES.
CJ-2021-5282: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2021-5282: $1.66 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2021-5282: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2021-5282: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2021-5282: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2021-5282: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2021-5282: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2021-5282: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2021-5282: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2021-5282: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2021-5282: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

12-25-2022 [ SMS ]
SUMMONS RETURNED, SERVED: CERTIFIED MAIL TO MARTIN B SANCHEZ , SIGNED BY (SEE DOCUMENT UNREADABLE)
Document Available (#1051831361) TIFF  PDF

14-08-2022 [ SMU ]
SUMMONS RETURNED, UNSERVED ON: FLASH FRIDAY DEPENDABLE CARRIERS ON 4/7/22 -SUBJECT UNKNOWN
Document Available (#1050735396) TIFF  PDF

14-12-2022 [ SMU ]
SUMMONS RETURNED, UNSERVED ON: FRANK BAIK NOT FOUND
Document Available (#1052150759) TIFF  PDF

Case 5:22-cv-00358-R  Document 1-2  Filed 05/02/22  Page 3 of 3
DEFENDANTS' UNCONTESTED MOTION FOR EXTENTION OF TIME TO FILE ANSWER
Document Available (#1052246253) TIFF  PDF