IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| TAYLOR G. MAPLES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN B. SANCHEZ ) <br> AND FLASH FRIDAY DEPENDABLE ) <br> CARRIERS ) <br> Defendants. ) | Case No. CJ-2021-5282 |

## NOTICE OF FILING REMOVAL

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Martin B. Sanchez and Flash Friday Dependable Carriers (hereinafter "Defendants"), by and through their undersigned counsel, have filed a Notice of Removal with the United States District Court for the Western District of Oklahoma, removing the above-captioned action from the District Court of Oklahoma County, Oklahoma. A copy of the Notice of Removal is marked as <u>Exhibit 10</u>, is attached hereto and is incorporated herein by reference.

Respectfully submitted,

**MATTEUZZI & BROOKER, P.C.**

/s/ *Michael D. Matteuzzi*
_____
Michael D. Matteuzzi, OBA #30943
(mmatteuzzi@ma2zlaw.com)
Matthew J. Brooker
(mbrooker@ma2zlaw.com)
10111 West 105th Street
Overland Park, KS 66212
T: 913-253-2500 / F: 913-253-2501
**ATTORNEYS FOR DEFENDANTS**

EXHIBIT 10

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent by U.S. mail, postage prepaid, and electronic mail on this 2nd day of May, 2022 to:

Monty L. Cain, OBA #15891
(monty@cainlaw-okc.com)
Anthony M. Alfonso, OBA #32722
(anthony@cainlaw-okc.com)
Rilee D. Harrison, OBA #33742
(rilee@cainlaw-okc.com)
CAIN LAW OFFICE
P.O. Box 892098
10415 Greenbriar Place, Suite A
Oklahoma City, Oklahoma 73189
T: 405-759-7400 / F: 405-759-7424
**ATTORNEYS FOR PLAINTIFF**

/s/ Michael D. Matteuzzi
_____
**ATTORNEYS FOR DEFENDANTS**