# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TAYLOR G. MAPLES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. CIV-22-358-R |
| | ) | |
| MARTIN B. SANCHEZ; and FLASH FRIDAY DEPENDABLE CARRIERS, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 2, 2022, this action was removed to this Court by Defendants. It appears from the record that Defendants are represented by Michael D. Matteuzzi, whose office is located in Overland Park, Kansas. As Mr. Matteuzzi is apparently not a resident of, and does not maintain an office in, Oklahoma, he is required to comply with LCvR83.3(a), which requires association of non-resident counsel with local counsel.

Accordingly, Mr. Matteuzzi is granted until May 16, 2022, to show association with local counsel as required by LCvR83.3(a), or to seek relief from the rule pursuant to subsection (c). If Mr. Matteuzzi fails to show association with local counsel by May 16, 2022, he shall be deemed withdrawn as counsel for Defendants in this action. Defendants shall then be required to secure an entry of appearance by new counsel by May 31, 2022.

IT IS SO ORDERED this 3rd day of May 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE