# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAYLOR G. MAPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-358-R |
| | ) |
| MARTIN B. SANCHEZ; and, | ) |
| FLASH FRIDAY DEPENDABLE | ) |
| CARRIERS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendants' Motion for Relief from LCvR 83.3(a). For good cause shown, Defendants' Motion is granted. Defendants' counsel, Michael D. Matteuzzi, will be allowed to proceed without local counsel, assuming continued compliance with all applicable rules and requirements, including the filing of an Entry of Appearance pursuant to LCvR83.4.

IT IS SO ORDERED this 9th day of May 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE