# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TAYLOR G. MAPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. CIV-22-358-R |
| | ) |
| MARTIN B. SANCHEZ; and | ) |
| FLASH FRIDAY DEPENDABLE | ) |
| CARRIERS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendant Flash Friday Dependable Carriers has filed a Motion to Dismiss [Doc. 3] seeking to dismiss Counts III and IV of Plaintiff's Petition[1], as they state causes of action against Flash Friday, which is not a proper party to this suit. Plaintiff has confessed the Motion [Doc. 9], and Defendant's Motion is therefore granted.

IT IS THEREFORE ORDERED that Flash Friday Dependable Carriers is dismissed from this action, and that Counts III and IV of Plaintiff's Petition are dismissed.

IT IS SO ORDERED this 24th day of May 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff originally filed this action in the District Court of Oklahoma County, and Defendants subsequently removed the case to this Court.